Filed 12/20/23     Case 19-14103     Doc 31

```
3 PAGES
PATRICK KAVANAGH, Bar No. 99829
LAW OFFICE OF PATRICK KAVANAGH
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA FRESNO

In re:

ADAM AGCAOILI

Debtor(s).

Case No.:   19-14103 - B – 13K

DC No:   PK-1

Chapter 13

NOTICE OF APPLICATION FOR PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 U.S.C. §331 OR §330
☐ INTERIM
☒ FINAL

DATE:   January 11, 2024
TIME:   9:30 a.m.
PLACE:  U.S. Courthouse, Ctrm 11, 5th Floor
        2500 Tulare Street
        Fresno, CA

JUDGE:  Hon. JENNIFER E. NIEMANN

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving the attached fee and/or expense application(s):

1. Application Information: ☐ See attached page for information on additional applicants.

| | |
|---|---|
| a. Name of Applicant (specify): | Patrick Kavanagh |
| b. Amount of fees requested: | $ 5,700.00 |
| c. Amount of costs requested: | $ 0 |
| d. Address of Applicant (specify): | 1331 L Street, Bakersfield, CA 93301 |

1

This Application is served pursuant to Local Bankruptcy Rule 9014-1(f)(2) and the Federal Rules of Bankruptcy Procedure.

**YOUR RIGHTS MAY BE AFFECTED.** You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

No written opposition is required. Opposition, if any, shall be presented at the hearing. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

YOU ARE FURTHER NOTIFIED it is possible to appear at Bankruptcy Court hearings by telephone. The system for such appearances is through a third party vendor, Court Call. Court Call requires reservations 24 hours in advance. Court Call may be contacted at (866) 582-6878 or at CourtCall.com. If you appear by Court Call you assume the risk of bad or incomplete connections. Parties who appear telephonically must view the pre-hearing dispositions prior to the hearing.

YOU ARE FURTHER NOTIFIED that other options for remote appearances. Information about this, and other appearance methods, are found on the Court's website under the tab "Remote Appearances".

The Court posts pre-hearing dispositions which may include tentative rulings or that the Court has resolved the matter without oral argument. The pre-hearing dispositions may be viewed by checking the Court's website the day before the hearing,

after 4:00p.m.  Court Call information is also available on the Court's website. The Court's website is at www.caeb.uscourts.gov.

DATED: 12/19/23

                LAW OFFICES OF PATRICK KAVANAGH

                By _____
                    PATRICK KAVANAGH
                    Attorney for Debtor