7 PAGES
PATRICK KAVANAGH, Bar No. 99829
*LAW OFFICE OF PATRICK KAVANAGH*
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>ADAM AGCAOILI<br><br>Debtor(s). | Case No.: 19-14103 - B – 13K<br><br>DC No: PK-1<br><br>Chapter 13<br>EXHIBITS IN SUPPORT OF APPLICATION FOR PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 U.S.C. §331 OR §330<br>☐ INTERIM<br>☒ FINAL<br><br>DATE: January 11, 2024<br>TIME: 9:30 a.m.<br>PLACE: U.S. Courthouse, Ctrm 11, 5th Floor<br>2500 Tulare Street<br>Fresno, CA<br><br>JUDGE: Hon. JENNIFER E. NIEMANN |

EXHIBIT A   Narrative                                                      Pages 2

EXHIBIT B   Itemized Time by date                   Pages 3-5

EXHIBIT C   Summary of Time by Project           Pages 6-8

DATED: 12/20/23                      Respectfully Submitted,

LAW OFFICES OF PATRICK KAVANAGH

By _____
PATRICK KAVANAGH
Attorney for Debtor(s)

1

## NARRATIVE

This bankruptcy was triggered by the foreclosure of a deed of trust. As soon as the case was filed, I called and faxed the foreclosing creditor.

The only claim filed was the deed of trust claim. Several potential creditors were listed as having a zero balance. This was done because there was collection activity or the creditor appear on the credit report.

One of the non-standard tasks was a review of the debtor's girlfriend's credit report to see if any of the debtor's debts appeared. The illegality of this phenomena notwithstanding, it happens often enough that it has a name, "parking".

Included in petition preparation are 2 tasks that could have been under independent review. This include a review of the recorded documents with the Kern County recorder and a review of the debtor's credit report.

I am seeking approval of $5,700.00 in attorney fees. In light of the $1,000.00 received prior to filing, the balance payable by the trustee.

**NARRATIVE**

**EXHIBIT A**

2

| Date | Code | Desc | Staff | Total Du | Gross |
|---|---|---|---|---|---|
| 9/17/2019 | A | Initial Client conference to review questionnaire and collect documents. | PK | 1.10 | 330.00 |
| 9/18/2019 | B | Review girlfriends credit report | PK | 0.20 | 60.00 |
| 9/22/2019 | P | Draft letter/fax to First American Title (foreclosure trustee) re: filing of bankruptcy and automatic stay. Follow up Telephone call. | PK | 0.30 | 90.00 |
| 9/26/2019 | B | Work on petition including preparing short form petition. | PK | 1.00 | 300.00 |
| 9/27/2019 | A | Client telephone conference re: filing and re: certificate. | PK | 0.10 | 30.00 |
| 9/27/2019 | B | Review email and certificate from Summit and follow up filing. | PK | 0.30 | 90.00 |
| 9/27/2019 | A | Client conference to review, edit and sign short form petition. Discuss case in general. | PK | 0.70 | 210.00 |
| 9/27/2019 | B | Finish short form petition. | PK | 0.20 | 60.00 |
| 9/30/2019 | P | Trip to foreclosure sale to notify them of bankruptcy. (NB: we were advised that it takes 24 hours to be effective.) | PK | 0.50 | 150.00 |
| 10/1/2019 | P | Review trustee document request. | PK | 0.10 | 30.00 |
| 10/2/2019 | P | Review Notice of incomplete filing. Confirm that deadline is calendared. | PK | 0.10 | 30.00 |
| 10/7/2019 | P | Review request for special notice - Wilmington Savings Bank | PK | 0.10 | 30.00 |
| 10/9/2019 | E | Draft plan | PK | 1.20 | 360.00 |
| 10/9/2019 | B | Finish petition | PK | 1.10 | 330.00 |
| 10/10/2019 | E | Client conference to review, edit and sign plan. | PK | 0.20 | 60.00 |
| 10/10/2019 | B | Client conference to review, edit and sign petition. | PK | 0.70 | 210.00 |
| 10/15/2019 | P | Document collection for trustee. | PK | 0.70 | 210.00 |
| 10/16/2019 | P | TC-Lindsay at trustee's office. | PK | 0.20 | 60.00 |
| 11/1/2019 | F | Review notice of commencement of case, calendar 341 Meeting of Creditors | PK | 0.20 | 60.00 |
| 11/26/2019 | F | Preparation for and appear at 341 Meeting of Creditors | PK | 1.00 | 300.00 |
| 12/4/2019 | E | Review email from trustee's office re: OCP. Review and sign OCP. Email to trustee's office. | PK | 0.20 | 60.00 |
| 12/19/2019 | P | Client conference to review TFS procedure, what to do in case. | PK | 0.40 | 120.00 |
| 1/11/2020 | P | Review notice of intent to close without discharge-no second class. Email to client re: same. | PK | 0.30 | 90.00 |
| 1/20/2020 | P | Review statement from Seline. Letter to client re: same. | PK | 0.20 | 60.00 |
| 2/12/2020 | P | Review certificate of debtor education. | PK | 0.10 | 30.00 |
| 2/13/2020 | P | Client telephone conference re: his inability to get a statement that shows what the late fee is. | PK | 0.20 | 60.00 |

**EXHIBIT B**
**ITEMIZED TIME BY DATE**

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 2/19/2020 | P | Review notice of mortgage change, letter to client re: same. | PK | 0.20 | 60.00 |
| 4/2/2020 | P | Review email from client and respond. | PK | 0.10 | 30.00 |
| 4/17/2020 | K | Review motion to dismiss. Follow up resolution. | PK | 0.40 | 120.00 |
| 5/4/2020 | K | Review withdrawal of trustee's motion to dismiss | PK | 0.10 | 30.00 |
| 5/12/2020 | P | Review order as signed by Court. | PK | 0.10 | 30.00 |
| 5/13/2020 | P | Client telephone conference re: letter from trustee re: payment increase. (I have not rec'd letter). Review letter later in day. | PK | 0.20 | 60.00 |
| 5/14/2020 | P | Client telephone conference re: letter from trustee re: payment increase. | PK | 0.20 | 60.00 |
| 6/19/2020 | J | Review notice of filed claims, letter to client re: same. Review of p o c on house. Check file and PACER for additional claims. | PK | 0.40 | 120.00 |
| 8/25/2020 | P | Review statement from Selene Financial. Letter to Selene with copy of letter and statement to client, requesting that they send statements to client rather than to me. | PK | 0.30 | 90.00 |
| 12/14/2020 | P | Brief review of trustee's annual report and letter to client re: same | PK | 0.20 | 60.00 |
| 1/19/2021 | P | Client telephone conference re: to complete | PK | 0.20 | 60.00 |
| 8/27/2021 | P | Client telephone conference re: re: to complete | PK | 0.10 | 30.00 |
| 2/2/2022 | P | Review notice of mortgage payment change and letter to client re: same | PK | 0.20 | 60.00 |
| 2/23/2022 | P | Review change in mortgage payment and letter to client re: same | PK | 0.20 | 60.00 |
| 4/4/2022 | P | Review notice of change of address for QWR | PK | 0.10 | 30.00 |
| 6/6/2022 | P | Review notice of change of address- Wilmington Savings | PK | 0.10 | 30.00 |
| 12/20/2022 | P | Review notice of mortgage payment change and leter to client re: same | PK | 0.20 | 60.00 |
| 11/29/2023 | P | Review email/letter from Mai Ko Vang at trustee's office. | PK | 0.10 | 30.00 |
| 12/13/2023 | N | Draft final fee application | PK | 2.00 | 600.00 |
| 12/18/2023 | P | Review notice of mortgage change, letter to client re: same. | PK | 0.20 | 60.00 |
| 3/15/2024 | O | [Projected/estimated] Case closing. | PK | 2.00 | 600.00 |
| | | | | **19.00** | **5,700.00** |

**EXHIBIT B**
**ITEMIZED TIME BY DATE**
4

| Date | Code | Desc | Staff | Total Du | Gross |
|---|---|---|---|---|---|
| 9/17/2019 | A | Initial Client conference to review questionnaire and collect documents. | PK | 1.10 | 330.00 |
| 9/27/2019 | A | Client telephone conference re: filing and re: certificate. | PK | 0.10 | 30.00 |
| 9/27/2019 | A | Client conference to review, edit and sign short form petition. Discuss case in general. | PK | 0.70 | 210.00 |
| | | | | 1.90 | 570.00 |
| 9/18/2019 | B | Review girlfriends credit report | PK | 0.20 | 60.00 |
| 9/26/2019 | B | Work on petition including preparing short form petition. | PK | 1.00 | 300.00 |
| 9/27/2019 | B | Review email and certificate from Summit and and follow up filing. | PK | 0.30 | 90.00 |
| 9/27/2019 | B | Finish short form petition. | PK | 0.20 | 60.00 |
| 10/9/2019 | B | Finish petition | PK | 1.10 | 330.00 |
| 10/10/2019 | B | Client conference to review, edit and sign petition. | PK | 0.70 | 210.00 |
| | | | | 3.50 | 1,050.00 |
| 10/9/2019 | E | Draft plan | PK | 1.20 | 360.00 |
| 10/10/2019 | E | Client conference to review, edit and sign plan. | PK | 0.20 | 60.00 |
| 12/4/2019 | E | Review email from trustee's office re: OCP. Review ans sign OCP. Email to trustee's office. | PK | 0.20 | 60.00 |
| | | | | 1.60 | 480.00 |
| 11/1/2019 | F | Review notice of commencement of case, calendar 341 Meeting of Creditors | PK | 0.20 | 60.00 |
| 11/26/2019 | F | Preparation for and appear at 341 Meeting of Creditors | PK | 1.00 | 300.00 |
| | | | | 1.20 | 360.00 |
| 6/19/2020 | J | Review notice of filed claims, letter to client re: same. Review of p o c on house. Check file and PACER for additional claims. | PK | 0.40 | 120.00 |
| | | | | 0.40 | 120.00 |
| 4/17/2020 | K | Review motion to dismiss. Follow up resolution. | PK | 0.40 | 120.00 |
| 5/4/2020 | K | Review withdrawal ofd trustee's motion to dismiss | PK | 0.10 | 30.00 |
| | | | | 0.50 | 150.00 |
| 12/13/2023 | N | Draft final fee application | PK | 2.00 | 600.00 |
| | | | | 2.00 | 600.00 |

**EXHIBIT C**
**TIME BY TASK**
5


| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 3/15/2024 | O | [Projected/estimated] Case closing. | PK | 2.00 | 600.00 |
| | | | | 2.00 | 600.00 |
| 9/22/2019 | P | Draft letter/fax to First American Title (foreclosure trustee) re: filing of bankruptcy and automatic stay. Follow up Telephone call. | PK | 0.30 | 90.00 |
| 9/30/2019 | P | Trip to foreclosure sale to notify them of bankruptcy. (NB: we were advised that it takes 24 hours to be effective.) | PK | 0.50 | 150.00 |
| 10/1/2019 | P | Review trustee document request. | PK | 0.10 | 30.00 |
| 10/2/2019 | P | Review Notice of incomplete filing. Confirm that deadline is calendared. | PK | 0.10 | 30.00 |
| 10/7/2019 | P | Review request for special notice - Wilmington Savings Bank | PK | 0.10 | 30.00 |
| 10/15/2019 | P | Document collection for trustee. | PK | 0.70 | 210.00 |
| 10/16/2019 | P | TC-Lindsay at trustee's office. | PK | 0.20 | 60.00 |
| 12/19/2019 | P | Client conference to review TFS proceedure, what to do in case. | PK | 0.40 | - |
| 1/11/2020 | P | Review notice of intent to close without discharge-no second class. Email to client re: same. | PK | 0.30 | 90.00 |
| 1/20/2020 | P | Review statement from Seline. Letter to client reL same. | PK | 0.20 | - |
| 2/12/2020 | P | Review certificate of debtor education. | PK | 0.10 | 30.00 |
| 2/13/2020 | P | Client telephone conference re: his inability to get a statement that shows what the late fee is. | PK | 0.20 | 60.00 |
| 2/19/2020 | P | Review notice of mortgage change, letter to client re: same. | PK | 0.20 | 60.00 |
| 4/2/2020 | P | Review email from client and respond. | PK | 0.10 | 30.00 |
| 5/12/2020 | P | Review order as signed by Court. | PK | 0.10 | 30.00 |
| 5/13/2020 | P | Client telephone conference re: letter from trustee re: payment increase. (I have not rec'd letter). Review letter later in day. | PK | 0.20 | 60.00 |
| 5/14/2020 | P | Client telephone conference re: letter from trustee re: payment increase. | PK | 0.20 | 60.00 |
| 8/25/2020 | P | Review statement from Selene Financial. Letter to Selene with copy of ltter and statement to client, requesting that they send statements to client rather than to me. | PK | 0.30 | 90.00 |
| 12/14/2020 | P | Brief review of trustee's annual report and letter to client re: same | PK | 0.20 | 60.00 |
| 1/19/2021 | P | Client telephone conference re: to complete | PK | 0.20 | 60.00 |
| 8/27/2021 | P | Client telephone conference re: re: to complete | PK | 0.10 | 30.00 |

**EXHIBIT C**
**TIME BY TASK**

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 2/2/2022 | P | Review notice of mortgage payment change and letter to client re: same | PK | 0.20 | 60.00 |
| 2/23/2022 | P | Review change in mortgage payment and letter to client re: same | PK | 0.20 | 60.00 |
| 4/4/2022 | P | Review notice of change of address for QWR | PK | 0.10 | 30.00 |
| 6/6/2022 | P | Review notice of change of address- Wilmington Savings | PK | 0.10 | 30.00 |
| 12/20/2022 | P | Review notice of mortgage payment change and leter to client re: same | PK | 0.20 | 60.00 |
| 11/29/2023 | P | Review email/letter from Mai Ko Vang at trustee's office. | PK | 0.10 | 30.00 |
| 12/18/2023 | P | Review notice of mortgage change, letter to client re: same. | PK | 0.20 | 60.00 |
| | | | | 5.90 | 1,590.00 |

**EXHIBIT C**
**TIME BY TASK**
7