3 PAGES
PATRICK KAVANAGH, Bar No. 99829
*LAW OFFICE OF PATRICK KAVANAGH*
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA FRESNO**

| In re:<br><br>ADAM AGCAOILI<br><br>Debtor(s). | Case No.:   19-14103 - B – 13K<br><br>DC No:   PK-2<br>Chapter 13<br>AMENDED<br>NOTICE OF APPLICATION FOR<br>PAYMENT OF FEES AND/OR EXPENSES<br>PURSUANT TO 11 U.S.C. §331 OR §330<br>☐ INTERIM<br>☒ FINAL<br><br>DATE:   January 24, 2024<br>TIME:   9:30 a.m.<br>PLACE:  U.S. Courthouse, Ctrm 13, 5th Floor<br>             2500 Tulare Street<br>             Fresno, CA<br><br>JUDGE:  Hon. René Lastreto II |
|---|---|

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving the attached fee and/or expense application(s):

1. Application Information: ☐ See attached page for information on additional applicants.

| | |
|---|---|
| a. Name of Applicant (specify): | Patrick Kavanagh |
| b. Amount of fees requested: | $ 5,700.00 |
| c. Amount of costs requested: | $ 0 |
| d. Address of Applicant (specify): | 1331 L Street,<br>Bakersfield, CA 93301 |

1

This Application is served pursuant to Local Bankruptcy Rule 9014-1(f)(1) and the Federal Rules of Bankruptcy Procedure.

**YOUR RIGHTS MAY BE AFFECTED.** You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

YOU ARE FURTHER NOTIFIED that under LBR 9014-1, opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days prior to the hearing date or continued hearing date. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions and may result in the matter being resolved without a hearing. A responding party who has no opposition to the granting of the motion may serve and file a statement to that effect specifically designating the motion in question. Failure to file written opposition may result in the Court resolving the matter without oral argument and the striking of untimely written opposition. Opposition must be served on the following:

| | |
|---|---|
| PATRICK KAVANAGH<br>Attorney for Debtors<br>1331 L Street<br>Bakersfield, CA 93301 | MICHAEL MEYER<br>Chapter 13 Trustee<br>P.O. Box 28950<br>Bakersfield, CA 93729-8950 |

YOU ARE FURTHER NOTIFIED it is possible to appear at Bankruptcy Court hearings by telephone. The system for such appearances is through a third party vendor, Court Call. Court Call requires reservations 24 hours in advance. Court Call may be contacted at (866) 582-6878 or at CourtCall.com. If you appear by Court Call you assume the risk of bad or incomplete connections. Parties who appear telephonically must view the pre-hearing dispositions prior to the hearing.

YOU ARE FURTHER NOTIFIED that other options for remote appearances. Information about this, and other appearance methods, are found on the Court's website under the tab "Remote Appearances".

The Court posts pre-hearing dispositions which may include tentative rulings or that the Court has resolved the matter without oral argument. The pre-hearing dispositions may be viewed by checking the Court's website the day before the hearing, after 4:00p.m. Court Call information is also available on the Court's website. The Court's website is at www.caeb.uscourts.gov.

DATED: 12/26/23

LAW OFFICES OF PATRICK KAVANAGH

By /s/ Patrick Kavanagh
PATRICK KAVANAGH
Attorney for Debtor

3